**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-  Case No. 6:99-cr-115-Orl-22GJK

ANDRE DARNELL WILLIAMS

_____

**ORDER AND NOTICE
OF SHOW CAUSE HEARING**

This cause comes before the Court on a Report and Recommendation (Doc. No. 82), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on January 10, 2012.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered January 10, 2012 (Doc. No. 82) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant shall personally appear before this court on **THURSDAY, February 16, 2012, at 1:15 P.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why supervised release should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 25, 2012.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge

United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Andre Darnell Williams